UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW SILVA,<br><br>            Plaintiff,<br><br>    vs.<br><br>HAROLD CLARKE, MAGGIE MILLER-STOUT, CAROL PORTER, DOUG WADDINGTON, JOHN AND JANE DOES 1-50,<br><br>            Defendants. | NO.  CV-05-414-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

Magistrate Judge Leavitt filed a Report and Recommendation on October 2, 2006, recommending Mr. Silva's civil rights complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted.  Plaintiff had failed to assert facts from which the court could infer named Defendants personally participated in a violation of his constitutionally protected rights.  *Arnold v. IBM*, 637 F.2d 1350, 1355 (9th Cir. 1981); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989).  Plaintiff did not comply with the directives to amend his complaint and has filed no objections to the present Report and Recommendation.

There being no objections, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 24) is **ADOPTED in its entirety** and the

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT WITH PREJUDICE -- 1

complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). <u>**Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**</u>.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this 7th day of November 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2006\Silva\5cv414mwl-10-27-DIS.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT WITH PREJUDICE -- 2