AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SILVA, ET AL

JUDGMENT IN A CIVIL CASE

v.

CLARKE, ET AL

CASE NUMBER: 05-CV-414-MWL

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☐ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  The Report and Recommendation (Ct. Rec. 24) is adopted in its entirety and the Complaint is DISMISSED WITH PREJUDICE under 28 USC 1915(e)(2) and 1915(b)(1).

| 11/08/06 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |